**PerkinsCoie**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/4/2022__

April 29, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 15D
New York, NY 10007-1312

**Re:** *Jaquez v. Bensussen Deutsch & Associates, LLC*, No. 1:22-cv-02670-AT

Dear Judge Torres:

We represent Defendant Bensussen Deutsch & Associates, LLC in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule I.C to respectfully request an extension of time until June 1, 2022 to answer or otherwise respond to the Complaint. Counsel for Plaintiff, Edward Kroub, consents to this request for an extension of time.

The current deadline to respond to the Complaint is May 2, 2022. The parties have conferred and agree that additional time is needed to evaluate the case and discuss a potential resolution. There have been no prior requests for an extension of time in this matter.

GRANTED.

SO ORDERED.

Dated: May 4, 2022
New York, New York

ANALISA TORRES
United States District Judge